IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JMAR EXPRESS, INC., et al                                                                    PLAINTIFFS

vs.                                   4:10CV01231-WRW

PETERBILT OF MEMPHIS, INC., et al                                                    DEFENDANTS

ORDER

Pending are the Motions to Admit Counsel Pro Hac Vice (doc #19 and doc #20) , filed by the defendants, Cummins, Inc. And Cummins Mid-South L.L.C., on behalf of J.A. Felton and Kevin M. Kuhlman. After a review of the Motions, the Court finds that the Motions should be, and hereby are, GRANTED.

Accordingly, Mr. Felton and Mr. Kuhlman are permitted to appear pro hac vice in this case. They are directed to register for CM/ECF in the Eastern District of Arkansas if they have not done so already and enter their appearance in this matter.

IT IS SO ORDERED this 6th day of October, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

ord.prohc.wpd