**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JMAR EXPRESS, INC.,** *et al.*                                                                                    **PLAINTIFFS**

**v.**                                                  **4:10CV01231-WRW**

**PETERBILT OF MEMPHIS, INC.,** *et al.*                                                            **DEFENDANTS**

## ORDER

Pending is Defendant Cummins Mid-South, LLC's Motion to Dismiss (Doc. No. 17) under Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. Plaintiffs respond that they "do not object to the dismissal of Cummins Mid-South, LLC as a defendant in this case, at this time."[1]

Accordingly, the Motion is GRANTED, and Plaintiffs' claims against Cummins Mid-South, LLC are DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of October, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 24.