**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201
(501) 604-5140
Facsimile (501) 604-5149

Ms. Laura Brissey
500 E. Main, Suite 301
Batesville, AR 72501

  Re: Motion for Summary Judgment, *JMAR Express, Inc., et al. v. Peterbilt of Memphis, Inc., et al.*; Case No. 4:10-cv-01231-BRW

Dear Ms. Brissey:

Do you have any legal citations supporting your position?

If so, please submit them no later than Friday, February 4, 2011, by noon.

              Cordially,

              /s/ B. Wilson

P.S.  As you will recall, no authority (other than the summary judgment standard) was cited in your Response.

Original to the Clerk of the Court
Cc: Other Counsel of Record