# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JMAR EXPRESS, INC.,** *et al.*                                                                                                  **PLAINTIFFS**

**v.**                                              **4:10CV01231-BRW**

**PETERBILT OF MEMPHIS, INC.,** *et al.*                                                                      **DEFENDANTS**

## ORDER

Pending is Defendant Catepillar Inc.'s Motion for Mr. C.G. Norwood Jr. and Ms. Deirdre McGlinchey to be permitted to appear *pro hac vice* in this case (Doc. No. 47). The Motion is GRANTED.

IT IS SO ORDERED this 22nd day of February, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE