# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**JMAR EXPRESS, INC.,** *et al.*                                                                    **PLAINTIFF**

vs.                                              **4:10CV01231-BRW**

**PETERBILT OF MEMPHIS, INC,** *et al*.                                              **DEFENDANTS**

## ORDER

Pending is a Motion for Admission *pro hac vice* by J. Banks Sewell (Doc. No. 108). Mr. Sewell has been admitted to practice law in Alabama. The Little Rock, Arkansas, law firm of Barber, McCaskill, Jones & Hale, P.A. is associated with Mr. Sewell in the representation of Peterbilt of Memphis, Inc. and Paccar, Inc. Mr. Sewell appears qualified to participate in this case. Accordingly, the Motion is GRANTED.

IT IS SO ORDERED this 14th day of February, 2012.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE