IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JMAR EXPRESS, INC. &
CHRISCAT LEASING, INC.                                                         PLAINTIFF

V.                                    CASE NO. 4:10-CV-1231 WRW

CATERPILLAR, INC., PACCAR, INC.,
AND PETERBILT OF MEMPHIS, INC.                                                 DEFENDANTS

### ANSWER OF PACCAR, INC. AND PETERBILT OF MEMPHIS, INC. TO CROSS-CLAIM OF CATERPILLAR, INC.

Comes separate defendants, PACCAR, Inc., and Peterbilt of Memphis, Inc., by and through counsel, Barber, McCaskill, Jones & Hale, P.A., and for their Answer to Cross-Claim of Caterpillar, Inc., states as follows:

1. Paragraphs 1 and 2 of the Cross-Claim are denied.

WHEREFORE, these defendants pray that the Cross-Claim of Caterpillar, Inc., be dismissed and for all other appropriate relief.

> Respectfully submitted,
>
> BARBER, McCASKILL, JONES & HALE, P.A.
> Attorneys for Paccar, Inc. and Peterbilt of Memphis, Inc.
> 2700 Regions Center
> 400 West Capitol Avenue
> Little Rock, AR 72201
> 501-372-6175
>
> By:   /s/ Michael J. Emerson
>       Michael J. Emerson        AR BIN 84043
>       memerson@barberlawfirm.com
>       Perry L. Wilson           AR BIN 00017
>       pwilson@barberlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ELF system, which shall send notification of such filing to the following:

John Belew
john@belewandbell.com

Laura Brissey
lbrissey@firstcommunity.net

M. Stephen Bingham
sbingham@cgwg.com

Colvin G. Norwood, Jr.
wnorwood@mcglinchey.com


I, Michael J. Emerson, do hereby certify that a copy of the foregoing pleading was e-mailed on this 25 day of June, 2012.

C. G. Norwood, Jr.
Deidre C. McGlinchey
McGlinchey Stafford, PLLC
P. O. Box 60643
New Orleans, LA  70160-0643

      /s/  Michael J. Emerson
      Michael J. Emerson